Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Johnston,<br><br>        Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>        Defendant. | Civil Action No: 2:17-cv-00331-EFB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Wednesday, August 23, 2017, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's first extension requested.

Dated:  07/24/2017                                    / s / Joseph C. Fraulob
                                                                     Joseph C. Fraulob
                                                                     Attorney for Plaintiff

Dated:  07/24/2017                                    / s / Chantal Jenkins
                                                                     Chantal Jenkins
                                                                     Special Assistant U.S. Attorney
                                                                     Attorney for Defendant

IT IS ORDERED.

Dated:  July 25, 2017.

                                                                     U.S. Magistrate Judge