Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA 95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Johnston,<br><br>      Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>      Defendant. | Civil Action No: 2:17-cv-00331-EFB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Friday, September 22, 2017, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated: 08/23/2017                 / s / Joseph C. Fraulob
                                         Joseph C. Fraulob
                                         Attorney for Plaintiff

Dated: 08/23/2017                 / s / Chantal Jenkins
                                         Chantal Jenkins
                                         Special Assistant U.S. Attorney
                                         Attorney for Defendant

IT IS ORDERED.

Dated: August 28, 2017.

                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE